UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACKSON H. DIAZ and JANET L. BETHKE, *on behalf of himself and those similarly situated,*<br><br>Plaintiffs,<br><br>vs.<br><br>CAPITAL MANAGEMENT SERVICES, LP and JOHN DOES 1 to 10,<br><br>Defendants. | Civil Action No. 2:17-cv-00134-JMV-JBC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

The undersigned, being counsel for all parties who have appeared in this action, represent the parties have amicably resolved this matter, and neither Fed. R. Civ. P. 23(e), 23.1(c), 23.2 nor 66 apply to this matter;

Now, therefore, by this stipulation and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs voluntarily dismisses this action with prejudice as to their individual claims and without prejudice as to the claims of the putative class, and without costs.

|  |  |
|---|---|
|  | KIM LAW FIRM LLC<br>Attorneys for Plaintiffs |
|  | *s/Yongmoon Kim* |
| DATED: October 26, 2020 | Yongmoon Kim |
|  | BALLARD SPAHR LLP<br>Attorneys for Defendant |
|  | *s/Daniel C. Fanaselle* |
| DATED: October 26, 2020 | Daniel C. Fanaselle |

SO ORDERED:

_____
John Michael Vazquez, U.S.D.J.

DATED: 10/30/2020